ANNIE F. DARRAGH, Respondent, *v.* REUBEN Ross, Appellant.

(Argued October 9, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*James M. Hunt* for appellant.

*S. E. Fairfield* for respondent.

Agree to affirm ; no opinion.
All concur, except BROWN, J., not sitting.
Judgment affirmed.

---

JOHN HOURNEY, Respondent, *v.* THE BROOKLYN CITY RAIL-
ROAD COMPANY, Appellant.

(Argued October 12, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made November 25, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Samuel D. Morris* for appellant.

*Isaac M. Kapper* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., and PARKER, J., dissenting.
Judgment affirmed.